452 A.2d 24

Commonwealth v. Best-Bey, Appellant.

Reargument Denied Nov. 18, 1982.

Petition for Allowance of Appeal
Denied Feb. 25, 1983.

 Argued December 14, 1981. Richard C. Sheehan, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Judgment of sentence affirmed.